AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UPSTATE NEW YORK ENGINEERS HEALTH FUND, etc., et al. <br><br> *Plaintiff(s)* <br> v. <br> Hayes Paving, Inc. and Brian Hayes, Individually and as an Officer of Hayes Paving, Inc. <br><br> *Defendant(s)* | Civil Action No.   5:13-CV-1225 (GTS/DEP) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Hayes Paving, Inc.
100 Saratoga Village Blvd.
P.O. Box 2166
Malta, New York 12020-8166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer A. Clark, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Clerk of Court*

Date:   10/2/2013

s/ Lynda Hennessy
*Signature of Clerk or Deputy Clerk*

AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
STATE OF NEW YORK                    COURT, COUNTY OF   NEW YORK

---

UPSTATE NEW YORK ENGINEERS HEALTH
FUND ETC. ETAL

  Plaintiff,

-against-

CIVIL ACTION NO.
INDEX# 5:13-CV-1225(GTS/DEP)
FILED:

HAYES PAVING INC. AND BRIAN HAYES
INDIVIDUALLY AND AS AN OFFICER OF
HAYES PAVING INC.

  Defendant.

---

STATE OF NEW YORK
COUNTY OF SARATOGA        ss:

MARY F. VAN DER VEER_____, being duly sworn, deposes and says that she/XX is over the age of twenty-one (21) years; that on the __25th____ day of __NOVEMBER 2013____ at __1:00P.M._____ at the Office of the Secretary of State, State of New York in the City of Albany, New York, he served the annexed **SUMMONS AND COMPLAINT IN A CIVIL ACTION** on **HAYES PAVING CO. INC. HERE IN CALLED HAYES PAVING INC. with Notice/General Order #25 (Filing Order) included** defendant in this action, by delivering to and leaving with **MARY BETH HUYCK** (BDS) in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of New York, two (2) true copies thereof and that at the time of making such service deponent paid Secretary of State a fee of FORTY dollars. That said service was made pursuant to section __306_____, Business Corporation Law.

Deponent further says that he knew the person so served as aforesaid to be the DEMO in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually serviced as follows:

| SEX | SKIN COLOR | HAIR COLOR | AGE (APPROX.) | HT. (APPROX.) | WT. (APPROX.) | OTHER FEATURES |
|---|---|---|---|---|---|---|
| FEMALE | WHITE | MEDIUM | 45 | 5'2" | 110 | |

SWORN TO BEFORE ME THIS

26th ___DAY OF NOVEMBER, 2013

*(signature)* MARY F. VAN DER VEER

*(signature)*
JESSICA A. BUGOS
Notary Public, State of New York
Qualified in Albany County
No. 01BU6151745
Commission Expires August 21, 20__14__

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: