AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | | |
|---|---|---|
| UPSTATE NEW YORK ENGINEERS HEALTH FUND, etc., et al. | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  5:13-CV-1225 (GTS/DEP) |
| Hayes Paving, Inc. and Brian Hayes, Individually and as an Officer of Hayes Paving, Inc. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brian Hayes
11 Sheffield Road
Gansevoort, New York 12831

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer A. Clark, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Clerk of Court*

Date: 10/2/2013

s/ Lynda Hennesy

*Signature of Clerk or Deputy Clerk*

| | | |
|---|---|---|
| STATE OF NEW YORK | COUNTY OF | INDEX # : 5:13-cv-1225 |
| U.S. DISTRICT COURT - NORTHERN DISTRICT OF NEW YORK | | Date Filed: October 2, 2013 |
| DISTRICT: | | |

ATTORNEY(S): : PH:
ADDRESS:   File No.:

*UPSTATE NEW YORK ENGINEERS HEALTH FUND, etc., et al,*

*Plaintiff(s)/Petitioner(s)*

*vs*

*HAYES PAVING, INC., BRIAN HAYES, INDIVIDUALLY, et al,*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF SARATOGA                    **AFFIDAVIT OF SERVICE**

____Sarah Roberts____, being duly sworn deposes and says that deponent is not a party to this action, is over the age of 18 years and resides in the State of NEW YORK. That on ____December 31, 2013____ at ____3:05PM____, at ____142 Buda Drive Mayfield NY 12117____, deponent served the within ____Summons and Complaint - General Order #25 - Civil Case Management Plan____ ____Case Assignment Form and Consent to Exercise of Civil Jurisdiction by a Magistrate Judge and Appeal Option____ on: ____**Brian Hayes, Individually**____, ____ therein named.

#1 INDIVIDUAL   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION/ENTITY   By delivering thereat a true copy of each to ____ personally, deponent knew the person so served to be the ____ of the entity, and authorized to accept service on behalf of the Corporation/Government Agency/Entity.

#3 SUITABLE AGE PERSON   By delivering a true copy of each to ____ ____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [X]   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [X] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the __20th__ day of __December, 2013__ at __4:24PM__
on the __21st__ day of __December, 2013__ at __9:46AM & 8:20PM__
on the __23rd__ day of __December, 2013__ at __7:30AM__
on the __28th__ day of __December, 2013__ at __7:03AM & 9:10AM__
Address confirmed by Stacey Edwards @ 1139 Bunker Hill Road

#5 MAIL COPY [x]   On ____January 2, 2014____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 DESCRIPTION (use with #1, 2 or 3)   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: ____   Color of skin: ____   Color of hair: ____   Age: ____   Height: ____
Weight: ____   Other Features: ____

#7 WIT. FEES   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARY SRVC [x]   Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#9 OTHER

Sworn to before me on ____January 2, 2014____

ROBERT C. HAAK
NOTARY PUBLIC, State of New York
No.01HA6189141, Saratoga County
Commission Expires, June 23, 2016

Sarah Roberts
Server's Lic #
File # 1319900

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]   [Save As]                                                           [Reset]